IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02233-WYD-MJW

CBS OUTDOOR, INC., a Delaware Corporation,

    Plaintiff,

v.

800 LINCOLN LLC, a Colorado Limited Liability Company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff CBS Outdoor, Inc.'s Motion for Leave to File a Surreply in Opposition to 800 Lincoln's Motion for Summary Judgment (ECF Doc. No. 23), filed December 27, 2011, is **GRANTED.**  The Court accepts Plaintiff's Surreply in Opposition to Motion for Summary Judgment into the Court record.

    Dated:  December 30, 2011.