IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02233-WYD-MJW

CBS OUTDOOR, INC., a Delaware Corporation,

Plaintiff(s),

v.

800 LINCOLN LLC, a Colorado Limited Liability Company,

Defendant(s).

## MINUTE ORDER
**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant's Unopposed Motion to Stay Pending Ruling on the Parties' Motions for Summary Judgment (docket no. 40) is GRANTED for those reasons as stated in the subject motion and finding good cause shown. Discovery is STAYED pending ruling by Chief Judge Daniel on the cross-motions for summary judgment (docket nos. 13 and 26).

It is FURTHER ORDERED that the parties shall file a Joint Status Report with the court concerning the two outstanding motions for summary judgment (docket nos. 13 and 26) on the first day of each month beginning June 1, 2012, and for each month thereafter until the two outstanding motions for summary judgment (docket nos. 13 and 26) are ruled upon by Chief Judge Daniel.

Date:  May 2, 2012