IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02233-WYD-MJW

CBS OUTDOOR, INC., a Delaware Corporation,

Plaintiff(s),

v.

800 LINCOLN LLC, a Colorado Limited Liability Company,

Defendant(s).

---

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Joint Motion to Vacate Final Pretrial Conference and Extend Deadline for Submitting Proposed Final Pretrial Order is GRANTED.  The Final Pretrial Conference set for August 20, 2012 at 9:00 a.m. is VACATED.  The deadline for filing a proposed final pretrial order on August 15, 2012 is VACATED.

The court will reset the Final Pretrial Conference once there is a ruling on the pending motions for summary judgment.

Date: August 10, 2012