IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02233-WYD-MJW

CBS OUTDOOR, INC., a Delaware Corporation,

    Plaintiff,

v.

800 LINCOLN LLC, a Colorado Limited Liability Company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed April 17, 2013.  The Stipulation seeks a dismissal of the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay its own costs and attorney fees.

Dated:  April 17, 2013

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           Senior United States District Judge